Doc#: 69475 Bk:30167 Pg: 221

PREPARED BY: Nadine Alvarez
When Recorded Mail To:
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
MIN: 100029500021494442
MERS Ph.#: (888) 679 – 6377

## ASSIGNMENT OF MORTGAGE
## MAINE

This **ASSIGNMENT OF MORTGAGE** from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS)**, as nominee for TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, whose address is PO Box 2026 Flint, MI 48501-2026, its successors and assigns, ("Assignor) to OCWEN LOAN SERVICING, LLC whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, (Assignee) all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of **CUMBERLAND** County, State of **MAINE**, as follows;

Mortgagor: MARCHIAN C. CRANE
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION.
Document Date: NOVEMBER 09, 2007
Amount: $249,000.00
Recording Date: NOVEMBER 16, 2007
Instrument Number: 70951
Book/Volume/Docket/Liber: 25623
Page/Folio: 105
Property address: 18MAYBERRY ROAD, GRAY, ME, 04039

This Assignment is made without recourse, representation or warranty.
IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 10TH day of OCTOBER, 2012.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**

BY: _____
NAME: Yamali Martinez
TITLE: Assistant Secretary

Signed, sealed and delivered in the presence of:
(1) _____
   Jasmin Vazquez
(2) _____
   Stephanie Simpson

STATE OF FLORIDA )
                 )ss.
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me this 10TH day of OCTOBER, 2012, Yamali Martinez, the Assistant Secretary at **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, on behalf of the corporation. He/She is personally known to me.

Notary Public State of Florida
Debra Spruill
My Commission EE 167045
Expires 02/06/2016

Notary Public – Debra Spruill
State of Florida

State of Maine
Cumberland County       Portland, Maine
I hereby certify that the foregoing is a true copy of
the record as found in Book 30167 Page 221
Cumberland County Registry of Deeds
Attest _____ Register

Received
Recorded Register of Deeds
Nov 29,2012 09:13:45A
Cumberland County
Pamela E. Lovley

**EXHIBIT D**