Loan #:
Effective Date 05/16/2013

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, OCWEN LOAN SERVICING, LLC, WHOSE ADDRESS IS 1661 Worthington Road STE 100, West Palm Beach, FL, 33409, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 (469)549-2000, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 11/09/2007, made by **MARCHIAN C. CRANE** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP.** and recorded on 11/16/2007 in Volume 25623, Page 105, in the office of the Recorder of CUMBERLAND County, Maine. .

IN WITNESS WHEREOF, this assignment was executed on 05/30/2013 (MM/DD/YYYY).
OCWEN LOAN SERVICING, LLC

By: _____
Nadine Homan
AUTHORIZED SIGNATORY

All Authorized Signatories whose signatures appear above are employed by NTC and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 05/30/2013 (MM/DD/YYYY), by Nadine Homan as AUTHORIZED SIGNATORY for OCWEN LOAN SERVICING, LLC, who, as such AUTHORIZED SIGNATORY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Wendy Ramirez
Notary Public - State of FLORIDA
Commission expires: 08/08/2016

> Wendy Ramirez
> Notary Public State of Florida
> My Commission # EE 223445
> Expires August 8, 2016

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152

Received
Recorded Register of Deeds
Jun 13, 2013 03:51:35P
Cumberland County
Pamela E. Lovley

State of Maine
Cumberland County          Portland, Maine
I hereby certify that the foregoing is a true copy of
the record as found in Book 30734 Page 336
Cumberland County Registry of Deeds
Attest _____ Register

**EXHIBIT E**