## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, WHOSE ADDRESS IS 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134 (405)608-2530, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 11/09/2007, made by MARCHIAN C CRANE to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS and recorded on 11/16/2007 in Book 25623, Page 105 and Doc # 70951, in the office of the Recorder of CUMBERLAND County, Maine.

IN WITNESS WHEREOF, this assignment was executed on __7__/__21__/2016 (MM/DD/YYYY).
NATIONSTAR MORTGAGE LLC

By: _____
Jaclyn Rosenblatt
Vice President of Loan Documentation

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __7__/__21__/2016 (MM/DD/YYYY), by Jaclyn Rosenblatt as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Cynthia Albano
Notary Public - State of FLORIDA
Commission expires: 08/01/2016

CYNTHIA ALBANO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE221270
Expires 8/1/2016

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Caliber Home Loans, Inc ATTN: Kendra Cook, 13801 Wireless Way, Oklahoma City, OK 73134