RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

Prepared by: EDWIN OTZOY
Loan Number:
Parcel Id: 013-107-007-000
Property Address: 18 MAYBERRY RD, GRAY ME 04039

Space Above This Line For Recorder's Use

**QUITCLAIM ASSIGNMENT**

WHEREAS, Taylor, Bean & Whitaker Mortgage Corp., is the "Lender" on a certain mortgage executed by Marchian C Crane, and bearing the date November 9, 2007, and recorded on November 16, 2007, in the Cumberland County Registry of Deeds, State of Maine as Document Number #70951 Book:25623 Page:105 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of Taylor, Bean & Whitaker Mortgage Corp. and its successors and assigns, and MERS was the stated mortgagee of record;

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interest that MERS had in the Mortgage; and

WHEREAS, Taylor, Bean & Whitaker Mortgage Corp. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, Taylor, Bean & Whitaker Mortgage Corp., hereby **ASSIGNS AND QUIT CLAIMS** all of its rights, title and interest (whatever they may be, if any) in the Mortgage to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 Wireless Way, Oklahoma City, OK 73134.

CUMBERLAND COUNTY
A TRUE COPY OF RECORD
Attest ______ Register

EXHIBIT
H

DOC :50680 BK:35188 PG:329
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
10/03/2018, 08:27:15A
Register of Deeds Nancy A. Lane E-RECORDED

IN WITNESS WHEREOF, the said Martha Ellis, is the Senior Vice President at Caliber Home Loan, Inc. there unto duly authorized, has executed this instrument on the 2nd day of the month of October, 2018.

Taylor, Bean & Whitaker Mortgage Corp. by
Caliber Home Loans, Inc., as attorney in fact

Witness Name: Edwin Otzoy Rito

Title: Senior Vice President
Print Name: Martha Ellis

STATE OF OKLAHOMA
COUNTY OF OKLAHOMA

Date: October 2, 2018

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgements, personally appeared Martha Ellis, the SENIOR VICE PRESIDENT at CALIBER HOME LOANS, INC., who is personally known to me, or who produced as identification and who swore or affirmed and subscribed the foregoing instrument as his/her free act and deed, in his/her said capacity, and the free act and deed of the said Quitclaim Assignment.

ROBIN HANDYSIDE NOTARY PUBLIC # 09003318 EXP. 04/15/21 STATE OF OKLAHOMA

Notary Public Signature: Robin Handyside
Notary Expiration Date: April 15, 2021

State of Maine
Cumberland County Portland, Maine
I hereby certify that the foregoing is a true copy of the record as found in Book 35188 Page 328
Cumberland County Registry of Deeds.
Attest Register

DOC :6076 BK:35458 PG:346

# LIMITED POWER OF ATTORNEY

**Taylor, Bean & Whitaker Mortgage Corp.** (hereinafter called "TBW") hereby appoints Caliber Home Loans, Inc. ("Servicer"), as its true and lawful attorney-in-fact to act in the name, place and stead of TBW solely with respect to that certain mortgage loan (the "Mortgage Loan") identified on Exhibit A hereto and previously service released to Servicer. This Limited Power of Attorney is granted for the following, and only the following, limited purposes:

To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, with all ordinary or necessary endorsements, acknowledgments, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing, in each case without representation, warranty, or recourse by or against TBW; and

TBW intends that this Limited Power of Attorney be coupled with an interest and be revocable only upon written notice to Servicer.

TBW further grants to its attorney-in-fact full authority to act in any manner both proper and necessary to exercise the foregoing powers.

Servicer shall indemnify, defend and hold harmless TBW and its officers, directors, successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or claims of any kind whatsoever ( hereinafter a "Claim") arising out of, related to, or in connection with (i) any act taken by Servicer (or its substitute or substitutes) pursuant to this Limited Power of Attorney, which act results in a Claim by virtue of the use of this Limited Power of Attorney, or (ii) any use or misuse of this Limited Power of Attorney in any manner or by any person not expressly authorized hereby. The indemnification provided for herein shall survive any termination or revocation of this Limited Power of Attorney.

IN WITNESS WHEREOF, TBW and Servicer, respectively have executed this Limited Power of Attorney this 20th day of August, 2018, and 26th day of September, 2018.

**THIS LIMITED POWER OF ATTORNEY shall be deemed ineffective until fully executed by both TBW and Servicer.**

***[Signatures continued on Next Page]***

Limited Power of Attorney from Taylor, Bean & Whitaker Mortgage Corp. to Caliber Home Loans, Inc.
RE: Marchian C. Crane / 18 Mayberry Road, Gray, Maine 04039

Page 1 of 4

DOC :6076 BK:35458 PG:347

Taylor, Bean & Whitaker Mortgage Corp.

By: ______________________________

Name: Neil Luria
Title: Chief Restructuring Officer

Witness:

______________________________
Print: Michael Wawrzyniak

STATE OF FLORIDA
COUNTY OF ORANGE

On 08/20/2018, before me, Jennifer Rice, a notary public for and within the said county, personally appeared, Neil Luria, of **Taylor, Bean & Whitaker Mortgage Corp.**, whose address is **4901 Vineland Road, Suite 120, Orlando, FL 32811**personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/ her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Jennifer Rice
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF992720
Expires 5/16/2020

By: ______________________________
Notary Public: Jennifer Rice
My commission Expires: 05/16/2020

**THIS LIMITED POWER OF ATTORNEY shall be deemed ineffective until fully executed by both TBW and Servicer.**

***[Signatures Continued on Next Page]***

Limited Power of Attorney from Taylor, Bean & Whitaker Mortgage Corp. to Caliber Home Loans
RE: Marchian C. Crane / 18 Mayberry Road, Gray, Maine 04039

Page 2 of 4

DOC :6076 BK:35458 PG:348

Caliber Home Loans, Inc.

By: ______________________

Name: Martha Ellis

Title: SR. Vice President

Witness:

______________________

Print: Edwin Orozco Rito

STATE OF Oklahoma

COUNTY OF Oklahoma

On 9-26-2018, before me, Robin Handyside, a notary public for and within the said county, personally appeared, Martha Ellis, as SR. Vice President of Caliber Home Loans, Inc. whose address is 13801 Wireless Way, Oklahoma City, OK 73124 personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/ her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

ROBIN HANDYSIDE NOTARY # 09003318 EXP. 04/15/21 PUBLIC STATE OF OKLAHOMA

By: ______________________
Notary Public
My commission Expires

**THIS LIMITED POWER OF ATTORNEY shall be deemed ineffective until fully executed by both TBW and Servicer.**

Limited Power of Attorney from Taylor, Bean & Whitaker Mortgage Corp. to Caliber Home Loans, Inc.
RE: Oliver Keithly, III / Cascades Condominium Unit A-4, Newry, ME 04261

Page 3 of 4

**DOC :6076 BK:35458 PG:349**
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
02/13/2019, 11:48:57A
Register of Deeds Nancy A. Lane E-RECORDED

**EXHIBIT A**

That certain Mortgage executed by: Marchian C Crane, to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp., PO Box 2026, Flint, MI 48501 ("Lender"), dated 11/09/2007, and recorded on 11/16/2007 in Book 25623, Page 105, and/or Instrument Number 70951, of the Public Records of Cumberland County, ME, securing that certain note in the principal sum of Two Hundred Forty Nine Thousand and no/ 100 Dollars ($249,000.00) and certain promises and obligations set forth in said mortgage deed, upon the property situate in said State and County, described to wit:

CKA: 18 Mayberry Road, Gray, Maine 04039

Limited Power of Attorney from Taylor, Bean & Whitaker Mortgage Corp. to Caliber Home Loans
RE: Marchian C. Crane / 18 Mayberry Road, Gray, Maine 04039

Page 4 of 4