UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:19-cv-00125-JDL |
| **Plaintiff** | MOTION FOR JUDGMENT |
| vs. | RE:<br>18 Mayberry Road, Gray, ME 04039 |
| Marchian C. Crane a/k/a Marchian C. Crane Jr. | Mortgage:<br>November 9, 2007<br>Book 25623, Page 105 |
| **Defendant** | |

**NOW COMES** the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through undersigned counsel, hereby MOVES for judgment in this matter. As grounds therefore, Plaintiff states that the parties have entered into a Consent Judgment of Foreclosure and Sale, which is attached hereto as Exhibit A.

WHEREFORE, Plaintiff requests that this Court approve the attached Consent Judgment of Foreclosure and Sale, and enter said Consent Judgment on the ECF Docket.

Dated: October 22, 2019

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., hereby certify that on this 22nd day of October, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

Thomas A. Cox, Esq.
P.O. Box 1314
Portland, ME 04104