UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>    Plaintiff<br><br>v.<br><br>MARCHIAN C. CRANE A/K/A MARCHIAN C. CRANE JR.<br><br>    Defendant | 2:19-cv-00125-JDL |

### CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address:  18 Mayberry Road, Gray, ME 04039**
**Mortgage:  November 9, 2007, Book: 25623, Page:105**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendant, Marchian C. Crane a/k/a Marchian C. Crane Jr., by and through their undersigned counsel, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank') the amount adjudged due and owing ($353,214.51) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The



following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $353,214.51 |
| Escrow Balance | $39.744.02 |
| Total Interest | $70,962.31 |
| Defer Late Charges | $484.47 |
| Late Charges | $2,832.70 |
| **Grand Total** | **$353,214.51** |

2. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($353,214.51) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Gray Property shall terminate, U.S. Bank shall conduct a public sale of the Gray Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $353,214.51 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324.  U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $353,214.51.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $353,214.51, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. The prejudgment interest rate is 2.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Marchian C. Crane a/k/a Marchian C. Crane Jr.<br>18 Mayberry Road<br>Gray, ME 04039 | Thomas A. Cox, Esq.<br>P.O. Box 1314<br>Portland, ME 04104 |

a) The docket number of this case is No. 2:19-cv-00125-JDL.

b) The Defendant, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 18 Mayberry Road, Gray, ME 04039, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 18 Mayberry Road, Gray, ME 04039. The Mortgage was executed by the Defendant on November 9, 2007. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 25623, Page 105.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 18 Mayberry Road, Gray, ME 04039. Plaintiff's execution of this Consent Judgment constitutes

Plaintiff's binding agreement to a waiver of any right to deficiency regardless of any further action or inaction of the court on Plaintiff in this matter.

Dated:  October 21, 2019  /s/Reneau J. Longoria_____
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: October 21, 2019  /s/ Thomas A. Cox_____
Thomas A. Cox, Esq.
Attorney for Marchian C. Crane
a/k/a Marchian C. Crane Jr.
P.O. Box 1314
Portland, ME 04104

**SO ORDERED**

**DATED THIS ___ DAY OF _____, _____**     _____
**U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>    Plaintiff<br><br>v.<br><br>MARCHIAN C. CRANE A/K/A MARCHIAN C. CRANE JR.<br><br>    Defendant | 2:19-cv-00125-JDL |

## CLERK'S CERTIFICATION

**Address:  18 Mayberry Road, Gray, ME 04039**
**Mortgage:  November 9, 2007; Book: 25623, Page 105**

I certify that the appeal period  expired on _____ without action.

Dated:

_____
**CLERK, U.S. DISTRICT COURT**

## Exhibit A

### (18 Mayberry Road, Gray, Cumberland County, ME)

A certain lot or parcel of land, with the buildings thereon, situated on the westerly shore of Crystal Lake, in the Town of Gray, County of Cumberland and State of Maine, bounded and described as follows:

Beginning at a point on the eastern side of the Mayberry Road, formerly known as the town road leading from the North Raymond Road, along the westerly shore of Crystal Lake, to the Sam Frank place, so-called, distant one hundred eighty nine (189) feet and four (4) inches, southerly from an iron pipe located at the northwesterly corner of a lot of land sold by Gerald H. Knight to Range Lake Company by deed dated May 18, 1926 and recorded in the Cumberland County Registry of Deeds in Book 1243, Page 321; thence continuing in a southerly direction along the easterly side of said road, ninety four (94) feet eight (8) inches to a point and from these two established points leading in an easterly direction at right angles with said road and maintaining said width of ninety four (94) feet eight (8) inches to a high water mark of Crystal Lake, and being Lot #5 and #6 as shown on a plan of lots of the Range Land Company.


EXHIBIT A